UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff )<br> )<br>vs. )<br> )<br>Ignacio Rodriguez )<br>        Defendant(s) ) | 08CR2097-L<br>CRIMINAL NO. 08MJ1810<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (~~Bond Posted~~ / ~~Case Disposed~~ / Order of Court).

Gustavo Aldana-Matias

DATED:  6/26/08

Ruben B Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                       DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
        by
    V. Lee     Deputy Clerk